EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re: LABCORP** | § § § | |
| **Proceedings to Enforce** | § | Misc. Proceeding No. 22-00473 |
| **Fed. R. Bankr. P. 9036** | § | |

## STATEMENT CONFIRMING REGISTRATION FOR ELECTRONIC BANKRUPTCY NOTICING

This Statement is filed on behalf of LABCORP.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on April 14, 2022. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: s/Robert R. Hearn

Typed Name: Robert R. Hearn

Date: April 14, 2022

# Hector L. Ayala Jr.

| | |
|---|---|
| **From:** | Passmore, Tracy <Passmot@LabCorp.com> on behalf of GovtAudits <GovtAudits@LabCorp.com> |
| **Sent:** | Thursday, April 14, 2022 8:46 PM |
| **To:** | Dimont, Rachael; Christopher, Michele |
| **Cc:** | McLamb, Nikki |
| **Subject:** | FW: [External] Welcome to Electronic Bankruptcy Noticing 178941-27780 [p-176507282] |

FYI

**From:** bncedi@noticingcenter.com <bncedi@noticingcenter.com>
**Sent:** Thursday, April 14, 2022 8:22 PM
**To:** GovtAudits <GovtAudits@LabCorp.com>
**Subject:** [External] Welcome to Electronic Bankruptcy Noticing 178941-27780 [p-176507282]

**EXTERNAL**: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Welcome to the Bankruptcy Noticing Center (BNC) Services and thank you for signing up to receive your bankruptcy notices electronically from the BNC. Electronic Bankruptcy Noticing (EBN) is a FREE service provided by the U.S. Bankruptcy Courts that allow court notices to be transmitted electronically, delivering them faster and more conveniently to you.

Below is your account information:
Account Number: 178941 - 27780
Account Name: LABORATORY CORPORATION OF AMERICA

The point of contact listed on your agreement will have received an email with their username and password to access our online portal at https://bankruptcynotices.uscourts.gov. From this website, you can review your account information, request changes, and add additional users to access your account.

If you have any questions, please contact us.

Sincerely,

The Bankruptcy Noticing Center Support Team
(877) 837-3424
ebn@baesystems.com
https://bankruptcynotices.uscourts.gov

Please note this email address is not a monitored email address.